UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE FLOWERY LLC,<br><br>      Defendant. | 24-CV-7085 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 20, 2024 Order, ECF No. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 11, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 14, 2024**.

  SO ORDERED.

Dated: December 13, 2024
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge