UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE FLOWERY LLC,<br><br>       Defendant. | 24-CV-7085 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's orders at ECF Nos. 6 and 10, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the Court's September 20, 2024 Order, ECF No. 6, no later than **January 8, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 13, 2025**.

  SO ORDERED.

Dated: January 10, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge