UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE FLOWERY LLC,<br><br>                              Defendant. | 24-CV-7085 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's orders at ECF Nos. 6, 10, and 12, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the Court's September 20, 2024 Order, ECF No. 6, no later than **January 13, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 15, 2025**. This is the second courtesy extension. If the parties don't comply, this case may be dismissed for failure to prosecute.

      SO ORDERED.

Dated: January 15, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge