UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE FLOWERY LLC,<br><br>       Defendant. | 24-CV-7085 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On January 17, 2025, plaintiff Juan Igartua voluntarily dismissed this case. Dkt. 17. The Court ordered Igartua's attorney to submit a letter by January 21, 2022, explaining why they should not be sanctioned for failing to comply with multiple Court orders prior to the dismissal, and why they did not show up for a conference on the day of the dismissal. *See* Dkts. 12, 13, 14, and 17. (This order was directed to attorney Arjeta Albani, who filed the notice of dismissal on Igartua's behalf despite never having entered a notice of appearance in this case. Dkt. 17.) To date, attorney Albani has not filed any letter. The deadline is extended, *nunc pro tunc*, to January 24, 2025. If the Court doesn't receive a letter by that date, it may impose an appropriate sanction.

  SO ORDERED.

Dated: January 22, 2025
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge